

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Walmart, Inc., Appellant

No. 06-20-00071-CV          v.

Fintiv, Inc., Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 18-1378).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below.  Therefore, we construe the trial court's order as denying only Walmart's special appearance, and we affirm the trial court's order.  Further, we deny Walmart's petition for a writ of mandamus and remand this case to the trial court for further proceedings.

We further order that the appellant, Walmart, Inc., pay all costs of this appeal.

RENDERED AUGUST 13, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk